UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MICHAEL BRANDAO, )<br>DELVEN CARVALHO-CENTEIO, )<br>)<br>**Defendants** ) | M.B.D. Case No. 20-mc-91393 |

## ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

Upon consideration of the motion seeking an order of continuance and excludable delay, to which defendants Michael Brandao and Delven Carvalho-Centeio have assented through their counsel, the Court finds as follows:

1. This case was initiated against the defendants by a criminal complaint in *United States v. Michael Brandao et al,* Case No. 20-MJ-06383-MPK. Due to the ongoing COVID-19 health crisis, per Order of the District Court, grand juries are not regularly sitting through the end of August 2020. The government will provide initial discovery to the defendants to allow the defendants to start preparing for any trial, as well as to possibly review a potential disposition that could occur pre-indictment. Such a possible resolution could benefit the defendants.

2. Accordingly, in light of all of the above, the ends of justice served by granting the requested continuance, and excluding the time period from July 22, 2020 through and including September 19, 2020 from the speedy trial clock, outweigh the best interests of the public and the defendants in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

Accordingly, the Court hereby grants the motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date on which an indictment or information must be filed is continued to September 19, 2020; and (2) the period from July 22, 2020 through and including September 19, 2020 is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.

_____
**UNITED STATES DISTRICT JUDGE**

DATE: