UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | M.B.D. Case No. 20-mc-91393-DJC |
| ) | |
| DELVEN CARVALHO-CENTEIO, ) | |
| ) | |
| Defendant  ) | |

## ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

Upon consideration of the motion seeking an order of continuance and excludable delay, to which defendant Delven Carvalho-Centeio has assented through his counsel, the Court finds as follows:

1. This case was initiated against the defendant in June 2020 by a criminal complaint in *United States v. Michael Brandao et al,* Case No. 20-MJ-06383-MPK.  The government has provided initial discovery to the defendant, and is in the process of providing additional discovery to the defendant.  In addition, counsel for the parties have had initial discussions regarding a possible resolution of the case.  The requested continuance will allow the defendant to continue preparing for any trial, as well as to review a potential disposition that could occur pre-indictment.  Such a pre-indictment resolution could benefit the defendant.

2. Accordingly, in light of all of the above, the ends of justice served by granting the requested continuance, and excluding the time period from October 19, 2020 through and including November 20, 2020 from the speedy trial clock, outweigh the best interests of the public and the defendants in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A)of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

2

Accordingly, the Court hereby grants the motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A)of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date on which an indictment or information must be filed is continued to November 20, 2020; and (2) the period from October 19, 2020 through and including November 20, 2020 is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.

*Denise J. Casper*
**HON. DENISE J. CASPER**
**UNITED STATES DISTRICT JUDGE**

DATE:  October 21, 2020