UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                        )<br>)<br>DELVEN CARVALHO-CENTEIO,    )<br>)<br>**Defendant**                                 ) | M.B.D. Case No. 20-mc-91393-DJC |

### ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

Upon consideration of the motion seeking an order of continuance and excludable delay, to which defendant Delven Carvalho-Centeio has assented through his counsel, the Court finds as follows:

1. This case was initiated against the defendant in June 2020 by a criminal complaint in *United States v. Michael Brandao et al,* Case No. 20-MJ-06383-MPK.  The government has provided initial discovery to the defendant, and has supplemented that discovery.  Counsel for the parties have had discussions regarding a possible resolution of the case.  The defendant is presently reviewing an offer to resolve the case from the government.  The requested continuance will allow the defendant to continue preparing for any trial, as well as to meet and confer with his counsel regarding the pending resolution offer by the government.

2. Accordingly, in light of all of the above, the ends of justice served by granting the requested continuance, and excluding the time period from January 20, 2021 through and including February 25, 2021 from the speedy trial clock, outweigh the best interests of the public and the defendants in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

Accordingly, the Court hereby grants the motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date on which an indictment or information must be filed is continued to February 25, 2021; and (2) the period from January 20, 2021 through and including February 25, 2021 is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.

_____
**HON. DENISE J. CASPER**
**UNITED STATES DISTRICT JUDGE**

DATE:  January 21, 2021